## No. 16,813.

HOGAN ET AL. *v.* MATTHEWS ET. AL.

(252 P. [2d] 111)

Decided December 26, 1952.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. McCARTHY & MARTIN, for plaintiffs in error.

Messrs. NEWCOMER & DOUGLASS, Mr. FRANK A. BUCHANAN.